IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| AMOS BROWN, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES PAROLE | : | |
| COMMISSION, | : | |
| Defendant. | : | No. 09-2907 |

# O R D E R

**AND NOW**, this 2nd day of December, 2009, upon consideration of Plaintiff Amos Brown's Motion for Summary Judgment (Docket No. 9), and Defendant United States Parole Commission's Motion to Dismiss (Docket No. 10), it is hereby **ORDERED** that the Plaintiff's Motion for Summary Judgment is **DENIED** and Defendant's Motion to Dismiss is **GRANTED**, and that Mr. Brown's Complaint (Docket No. 3) is dismissed without prejudice.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE